IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTONIO ELPIDIO GOMEZ-ALCINA,

      Petitioner,

v.                                                                                          Case No. 2:26-cv-01542-KG-LF

WARDEN, Otero County Processing Center;
MARKWAYNE MULLIN, Secretary of the
Department of Homeland Security;
TODD BLANCHE, Acting Attorney General
of the United States,
TODD M. LYONS, Acting Director of U.S.
Immigration and Customs Enforcement; and
MARISA FLORES, Acting Director, El Paso
U.S. Immigration and Customs Enforcement,

      Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on July 8, 2026, regarding petitioner Antonio Elpidio Gomez-Alcina's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) and Motion for Temporary Restraining Order (Doc. 6). Doc. 11. The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id*. at 10. To date, the parties have not filed any objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 11) are ADOPTED;

2.     The Court GRANTS Mr. Gomez-Alcina's petition (Doc. 1) as to Count I, his *Zadvydas* argument. The Court does not reach his statutory and regulatory

arguments as enumerated in Count II of the petition.  The Court DENIES AS MOOT Mr. Gomez-Alcina's motion for a temporary restraining order (Doc. 6).

3.      Mr. Gomez-Alcina is ordered released no later than 5:00 p.m. tomorrow under the same terms of supervision that were in place at the time of his arrest on December 5, 2025.  Respondents are ordered to immediately return Mr. Gomez-Alcina's personal property to him upon his release, if they have any property of his. Respondents are prohibited from transferring Mr. Gomez-Alcina outside of the District of New Mexico without the Court's approval before his release from custody.  Respondents are prohibited from re-detaining Mr. Gomez-Alcina without following the formal processes of 8 C.F.R. § 241.4(*l*).  Respondents are ordered to file a status report within two business days of today's date, certifying the time and date of Mr. Gomez-Alcina's release and that his personal property, if any, was returned to him.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.

-2-